UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
CHRISTOPHER CHINLOY,

                Plaintiff,            **ORDER**
                                                         14-CV-350 (MKB)
      v.

NORMAN SEABROOK,

                Defendant.
-----------------------------------------------------------------
MARGO K. BRODIE, United States District Judge:

       On January 14, 2014, plaintiff Christopher Chinloy, currently incarcerated at the Anna M. Kross Center on Rikers Island, commenced this action, *pro se*, pursuant to 42 U.S.C. § 1983. Plaintiff alleged violations of his "fundamental right to swift justice" and the Universal Declaration of Human Rights, in addition to humiliation, discrimination, abuse of power and emotional and mental distress. On April 3, 2014, the Court granted Plaintiff's *in forma pauperis* application, and granted Plaintiff leave to file an amended complaint within 30 days to plausibly allege his claims against Seabrook and any other individuals Plaintiff could factually show violated his constitutional rights while acting under the color of state law. (Docket Entry No. 6.) Plaintiff was advised that if he failed to submit an amended complaint within the allowed time, the Court would dismiss the action. More than 30 days have elapsed and Plaintiff has failed to file an amended complaint.

       Although the Court specifically identified the factual deficiencies fatal to Plaintiff's claims, and gave Plaintiff additional time to amend his Complaint, Plaintiff failed to amend. Because of Plaintiff's failure to file an amended complaint in accordance with the Court's April 3, 2014 Memorandum and Order, the Court dismisses Plaintiff's Complaint in its entirety. 28

U.S.C. § 1915A. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. The Clerk of Court is directed to close this case.

SO ORDERED:

s/ MKB
MARGO K. BRODIE
United States District Judge

Dated: May 12, 2014
Brooklyn, New York